No. 557. EL PUEBLO *v.* LAPORTE.—
No. 560. EL PUEBLO *v.* GARCÍA.—
No. 561. EL PUEBLO *v.* COLÓN.—
No. 562. EL PUEBLO *v.* VEGA.—
No. 565. EL PUEBLO *v.* ZAYAS.—
No. 559. EL PUEBLO *v.* MUÑOZ.—
No. 564. EL PUEBLO *v.* FERRER.—
No. 558. EL PUEBLO *v.* RIVERA.—
No. 563. EL PUEBLO *v.* COLÓN.—

Apelaciones procedentes de la Corte de Distrito de Ponce en casos por delito electoral. Resueltas en marzo 27 y 28 de 1913. Confirmadas las sentencias apeladas. Abogado del Pueblo: *Sr. Frank Martínez, Fiscal interino.* Los apelantes no comparecieron.

---

No. 383. Ex PARTE JUAN ZACARÍAS RODRÍGUEZ.—
No. 111. Ex PARTE FERNANDO VÁZQUEZ.—

Solicitudes para que se aprueben las fianzas notariales otorgadas por la National Surety Company en 14 y 19 de marzo de 1913 respectivamente. Aprobadas dichas fianzas en marzo 28, 1913. Los peticionarios comparecieron en nombre propio.